```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 18070
   ALAN N SCOTT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
  SSN XXX-XX-0020


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/06/2005 and was confirmed 08/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/25/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------
CITY OF EVANSTON WATER D  SECURED             281.77            .00         281.77
COOK COUNTY TREASURER     SECURED             276.57            .00         276.57
OPTION ONE MORTGAGE       CURRENT MORTG          .00            .00            .00
OPTION ONE MORTGAGE       MORTGAGE ARRE    10067.42             .00       10067.42
AMERITECH                 UNSECURED        NOT FILED            .00            .00
CBCS                      UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00            .00
ENH MEDICAL GROUP         UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED        NOT FILED            .00            .00
AT&T                      UNSECURED        NOT FILED            .00            .00
HSBC AUTO FINANCE         UNSECURED         5476.43             .00        2545.44
PARAGON WAY               FILED LATE         328.25             .00            .00
PARAGON WAY               FILED LATE        1313.02             .00            .00
PARAGON WAY               SECURED NOT I        .00              .00            .00
PHILIP A IGOE             DEBTOR ATTY         .00                              .00
TOM VAUGHN                TRUSTEE                                           718.29
DEBTOR REFUND             REFUND                                          3,200.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 17,089.49

PRIORITY                                              .00
SECURED                                         10,625.76
UNSECURED                                        2,545.44
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               718.29
DEBTOR REFUND                                    3,200.00
                        ---------------       ---------------
TOTALS                    17,089.49              17,089.49

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 18070 ALAN N SCOTT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE